THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL D. HARRIS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Sirkin, J.—Robbery, 3rd Degree.) Present—Denman, P. J., Pine, Lawton, Boehm and Davis, JJ.

 In the Matter of HUEY B. WRIGHT, Appellant, v DOMINIC J. MANTELLO, as Superintendent of Wende Correctional Facility, et al., Respondents.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Fallon, J.—Habeas Corpus.) Present—Denman, P. J., Pine, Lawton, Boehm and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRONSON FRANK, Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from numerous convictions arising out of his brutal sexual assaults upon two women in the City of Geneva, defendant contends that his sentence is excessive and that the court erred in denying suppression of his first, third and fourth statements to police (defendant's second statement was suppressed as violative of his right to counsel).

The court did not abuse its discretion in sentencing defendant to an aggregate 8½ to 25½ years for his calculated and predatory attacks. Further, the court properly denied suppression. With respect to the first statement, the record supports the suppression court's finding that defendant was twice advised of his *Miranda* rights, and each time expressly indicated that he understood his rights, before being questioned. With respect to defendant's third and fourth statements, the proof is uncontroverted that they were spontaneous and, as a matter of law, attenuated from the prior constitutional violation *(see, People v Stoesser,* 53 NY2d 648; *People v Maerling,* 46 NY2d 289, 302; *see generally, Rhode Is. v Innis,* 446 US 291, 300-301). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Lawton, Boehm and Davis, JJ.